<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-1874**

———————————

KIMBERLY KAY JAJACK,

Plaintiff - Appellant,

versus

UNITED AIRLINES, INCORPORATED,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-99-1566-A)

———————————

Submitted: November 29, 2001      Decided: December 12, 2001

———————————

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kimberly Kay Jajack, Appellant Pro Se. Anita Barondes, Nelson David Cary, SEYFARTH SHAW, Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kimberly Jajack appeals the district court's order granting United Airlines, Inc.'s motion for summary judgment in this employment discrimination action. We have reviewed the record, and the transcripts of the relevant hearings in light of Jajack's arguments on appeal, and we find no reversible error. Accordingly, we affirm the order of the district court. <u>Jajack v. United Airlines, Inc.</u>, No. CA-99-1566-A (E.D. Va. filed May 30, 2000; entered May 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2